UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,                                    Crim. No. 14-314(9) (PAM)

                          Plaintiff,

v.                                                                          **ORDER**

Salvador Ortega,

                          Defendant.

_____

This matter is before the Court on Defendant's Motion to Appoint Counsel. The Court finds that it is in the interest of justice that counsel be appointed, and that Defendant is financially unable to employ counsel.

Accordingly, **IT IS HEREBY ORDERED that** Defendant's Motion to Appoint Counsel (Docket No. 618) is **GRANTED** and that Robert Meyers, Daniel Huddleston, and Ambroise Decilap from the Office of the Federal Defender for the District of Minnesota are appointed to represent Defendant under 18 U.S.C. § 3006A.

Dated:  September 26, 2024

                                                    *s/ Paul A. Magnuson*
                                                    Paul A. Magnuson
                                                    United States District Court Judge